# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-0612-S |
| | § | |
| RANDALL WALTHALL (1) | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 60] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Randall Walthall's term of supervised release. Order [ECF No. 71]. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its Order. *See* ECF No. 75. Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a period of **Time Served** with additional term of supervised release of **four (4) months** to follow.

**SO ORDERED.**

SIGNED May 14, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**